# Exhibit 2

Budget

**Hussey Copper, Ltd**
Debtor-in-Possession Cash Budget
Consolidated
DIP Budget Final 092711
(000s)

| | | TOTAL Week 1 9/30/2011 | TOTAL Week 2 10/7/2011 | TOTAL Week 3 10/14/2011 | TOTAL Week 4 10/21/2011 | TOTAL Week 5 10/28/2011 | TOTAL Week 6 11/4/2011 | TOTAL Week 7 11/11/2011 | TOTAL Week 8 11/18/2011 | TOTAL Week 9 11/25/2011 | TOTAL Week 10 12/2/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAILY CASH ACTIVITY** | | | | | | | | | | | |
| *Cash Receipts* | | | | | | | | | | | |
| Customer Account Collections | $ | 6,195 $ | 7,785 $ | 7,295 $ | 7,220 $ | 8,471 $ | 8,255 $ | 6,930 $ | 6,036 $ | 6,384 $ | 7,211 |
| Other Cash Receipts | | - | - | - | - | - | - | - | - | - | - |
| Total Cash receipts | | 6,195 | 7,785 | 7,295 | 7,220 | 8,471 | 8,255 | 6,930 | 6,036 | 6,384 | 7,211 |
| *Operating Disbursements* | | | | | | | | | | | |
| Metal Purchases | $ | 5,640 $ | 6,097 $ | 5,869 $ | 5,692 $ | 5,312 $ | 5,464 $ | 5,161 $ | 5,161 $ | 5,237 $ | 3,871 |
| Payroll & Related Disbursements | | 1,261 | 175 | 775 | 175 | 1,275 | 175 | 550 | 400 | 550 | 1,638 |
| Utilities | | 315 | 15 | 265 | 15 | 15 | 315 | 15 | 265 | 15 | 315 |
| Insurance | | 205 | 215 | 206 | 150 | 205 | 291 | 150 | 206 | 150 | 270 |
| Freight | | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 | 205 |
| Other Operating Disbursements | | 445 | 445 | 445 | 595 | 445 | 445 | 445 | 445 | 445 | 445 |
| Total Operating Disbursements | | 8,071 | 7,152 | 7,765 | 6,832 | 7,457 | 6,895 | 6,526 | 6,682 | 6,602 | 6,743 |
| Check Float (Increas)/Decrease | | (630) | (68) | (258) | 92 | 118 | (157) | 202 | (256) | 242 | (159) |
| Total Cash Operating Disbursements | | 7,441 | 7,085 | 7,507 | 6,923 | 7,575 | 6,739 | 6,728 | 6,426 | 6,844 | 6,584 |
| Net Operating Cash Flow | $ | (1,246) $ | 700 $ | (212) $ | 297 $ | 896 $ | 1,516 $ | 203 $ | (390) $ | (460) $ | 628 |
| *Restructuring Items* | | | | | | | | | | | |
| Debtor Professional Fees | $ | 177 $ | 202 $ | 302 $ | 212 $ | 177 $ | 227 $ | 177 $ | 252 $ | 147 $ | 147 |
| UCC Professional Fees | | - | - | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| US Trustee Fees | | - | - | - | 30 | - | - | - | - | - | - |
| Utility Deposit | | - | - | - | 280 | - | - | - | - | - | - |
| DIP Expenses | | 250 | - | - | - | - | - | - | - | - | - |
| DIP Fee | | 500 | - | - | - | - | - | - | - | - | - |
| Total Bankruptcy Items | $ | 927 $ | 202 $ | 352 $ | 572 $ | 227 $ | 277 $ | 227 $ | 302 $ | 197 $ | 197 |
| Interst Expense | | - | 200 | - | - | - | 286 | - | - | - $ | - |
| Hedge EXPENSE | | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | $ | (2,173) $ | 298 $ | (564) $ | (275) $ | 669 $ | 953 $ | (24) $ | (692) $ | (657) $ | 431 |
| **ABL Facility & Working Capital Collateral** | | | | | | | | | | | |
| Accounts Receivable | $ | 40,755 $ | 38,113 $ | 38,530 $ | 38,733 $ | 37,537 $ | 36,079 $ | 36,099 $ | 36,635 $ | 36,641 $ | 35,941 |
| Inventory on Hand | | 22,650 | 25,305 | 25,345 | 25,110 | 25,276 | 24,934 | 24,817 | 24,735 | 24,966 | 25,586 |
| Pre-Paid Inventory | | 3,855 | 3,477 | 3,256 | 3,343 | 2,792 | 3,300 | 3,111 | 3,201 | 3,268 | 1,449 |
| Total Borrowing Base Assets | $ | 67,259 $ | 66,894 $ | 67,132 $ | 67,185 $ | 65,605 $ | 64,313 $ | 64,026 $ | 64,572 $ | 64,874 $ | 62,976 |
| Debtor-in-Possession Revolver Balance | $ | 38,821 $ | 38,523 $ | 39,087 $ | 39,362 $ | 38,694 $ | 37,741 $ | 37,765 $ | 38,457 $ | 39,114 $ | 39,039 |
| Pre-Petition Revolver Balance | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Total 1st Lien Debt | $ | 41,321 $ | 41,023 $ | 41,587 $ | 41,862 $ | 41,194 $ | 40,241 $ | 40,265 $ | 40,957 $ | 41,614 $ | 41,539 |