# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Hussey Copper Corp.,[1] ) | Case No. 11-13010 (BLS) |
| ) | |
| Debtor. ) | |
| In re: ) | Chapter 11 |
| ) | |
| Hussey Copper Ltd., ) | Case No. 11-13012 (BLS) |
| ) | |
| Debtor. ) | |
| In re: ) | Chapter 11 |
| ) | |
| OAP Real Estate, LLC, ) | Case No. 11-13013 (BLS) |
| ) | |
| Debtor. ) | |
| In re: ) | Chapter 11 |
| ) | |
| Cougar Metals, Inc., ) | Case No. 11-13014 (BLS) |
| ) | |
| Debtor. ) | |
| In re: ) | Chapter 11 |
| ) | |
| Orbie Trading, L.P., ) | Case No. 11-13015 (BLS) |
| ) | |
| Debtor. ) | |
| In re: ) | Chapter 11 |
| ) | |
| Hussey Exports Ltd., ) | Case No. 11-13016 (BLS) |
| ) | |
| Debtor. ) | **Joint Administration Requested** |
| ) | **Related to Docket No. 5** |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Hussey Copper Corp. (9993); Hussey Copper Ltd. (9994); OAP Real Estate, LLC (1298); Cougar Metals, Inc. (1674); Orbie Trading, L.P. (4969); and Hussey Exports Ltd. (8997). The Debtors' address is 100 Washington Street, Leetsdale, Pennsylvania 15056.

## ORDER AUTHORIZING DEBTORS TO (I) FILE A CONSOLIDATED LIST OF CREDITORS; (II) FILE A CONSOLIDATED LIST OF DEBTORS' TWENTY CREDITORS HOLDING LARGEST UNSECURED CLAIMS; AND (III) MAIL INITIAL NOTICES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order authorizing the Debtors to (i) file a consolidated list of creditors, (ii) file a consolidated list of the Debtors' twenty (20) creditors holding the largest unsecured claims and (iii) mail initial notices; and the Court having reviewed the Motion and the Declaration of Dalton T. Edgecomb in Support of First Day Motions for Relief; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of this Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and due and proper notice of this Motion having been given; and the Court being satisfied that the legal and factual bases set forth in this Motion sufficiently establish just cause for the relief granted herein; and the Court finding that granting the relief requested herein is necessary, appropriate and in the best interests of the Debtors, their estates, creditors and equity security holders; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Debtors are authorized to file a consolidated list of creditors in substantially the same format that is currently maintained by the Debtors in the ordinary course of business; and it is further

---

[2] Capitalized terms used but not defined herein shall have the meanings attributed to them in the Motion.

ORDERED that the Debtors are authorized to file a Consolidated Top 20 List; and it is further

ORDERED that the Debtors or their noticing and claims agent, Donlin Recano & Company, Inc., are hereby authorized to complete all mailings in the Chapter 11 Cases that are required under the Bankruptcy Code, the Bankruptcy Rules or the Local Rules of this Court; and it is further

ORDERED that the Debtors are authorized to take any actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       September 28, 2011

United States Bankruptcy Judge

3
608345.1 09/28/2011