# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Hussey Copper Corp.,[1] ) | Case No. 11-13010 (BLS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | **Re: Docket No. 76** |
| ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATES
### (November and December, 2011)

Upon the **Certification of Counsel Regarding Omnibus Hearing Dates (November – December, 2011)**, dated October 5, 2011, and pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following dates and times have been scheduled as omnibus hearings (the "Omnibus Hearings") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

| **Date & Time** | **Location** |
|---|---|
| November 9, 2011 at 2:00 p.m. | U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 1, Wilmington, DE 19801 |
| December 8, 2011 at 2:00 p.m. | U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 1, Wilmington, DE 19801 |

2. Additional Omnibus Hearings will occur thereafter in the Chapter 11 Cases as may be scheduled by subsequent order of the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Hussey Copper Corp. (9993); Hussey Copper Ltd. (9994); OAP Real Estate, LLC (1298); Cougar Metals, Inc. (1674); Orbie Trading, L.P. (4969); and Hussey Exports Ltd. (8997). The Debtors' address is 100 Washington Street, Leetsdale, Pennsylvania 15056.

3. All matters in the Chapter 11 Cases shall be set for and heard on the dates scheduled for Omnibus Hearings unless alternative hearing dates are approved by the Court for good cause shown.

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge

Dated: October 5, 2011