UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Hussey Copper Corp. | : | Case No. 11-13010 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Metal Management Pittsburgh, Inc. c/o Sims Group USA Holdings Corporation**, Attn: Myles Partridge, 110 Fifth Avenue, 7th Floor, New York NY 10011, Phone:212-500-7507, Fax: 212-604-0722

2. **Commercial Metals Company**, Attn: Paul Kirkpatrick, 6565 N. MacArthur Blvd., Irving TX 74039, Phone: 972-409-4726, Fax: 214-689-4326

3. **HKP Metals, Inc.**, Attn: Michael Pennesi, 301 Wide Drive, McKeesport PA 15135, Phone: 412-751-0500 Fax: 412-751-4604

4. **Tri State Metal Company**, Attn: Marc Spellman, 1745 Fulton Street, Chicago IL 60612, Phone: 312-226-7465

5. **Wimco Metals Inc.**, Attn: Glen Gross, 401 Penn Avenue, Pittsburgh PA 15221, Phone: 412-243-8000, Fax: 412-243-2225

6. **United Scrap Metal**, Attn: Brian Schafer, 1545 S. Cicero Avenue, Cicero IL 60804, Phone: 708-780-5306, Fax: 708-780-0510

7. **United Steelworkers**, Attn: David Jury, Five Gateway Center, Room 807, Pittsburgh PA 15222, Phone: 412-562-2545, Fax: 412-562-2574

ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ David Buchbinder, for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: October 7, 2011

Attorney assigned to this Case: David Buchbinder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark Minuti, Esquire, Phone: (302) 421-6840, Fax: (302) 421-5873