IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Hussey Copper Corp.,[1] ) | Case No. 11-13010 (BLS) |
| ) | |
| Debtor. ) | Jointly Administered |
| ) | Re: **Docket Nos. 29, 92 and 109** |
| ) | |

## ORDER MODIFYING ORDER AUTHORIZING THE DEBTORS TO PAY IN THE ORDINARY COURSE OF BUSINESS (A) PREPETITION CLAIMS OF SHIPPERS AND WAREHOUSEMEN AND (B) PREPETITION CLAIMS FOR GOODS DELIVERED POSTPETITION

Upon the motion (the 'Motion')[2] of the above-captioned debtors and debtors in possession (collectively, the 'Debtors') for the entry of an order modifying the Order Authorizing the Debtors to Pay in the Ordinary Course of Business (A) Prepetition Claims of Shippers and Warehousemen and (B) Prepetition Claims for Goods Delivered Postpetition [Docket No. 29] (the 'Logistics Order'); the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; the Court having found and determined that the relief sought in the Motion is in the best interest of the Debtors, their estates, creditors and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after consideration of the Declaration of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Hussey Copper Corp. (9993); Hussey Copper Ltd. (9994); OAP Real Estate, LLC (1298); Cougar Metals, Inc. (1674); Orbie Trading, L.P. (4969); and Hussey Exports Ltd. (8997). The Debtors' address is 100 Washington Street, Leetsdale, Pennsylvania 15056.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Dalton T. Edgecomb in Support of First Day Motions; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED

1. The Motion is granted as set forth herein.

2. The Logistics Order is hereby modified to increase the total amount payable to Shippers and Warehousemen for pre-Petition Date claims from $300,000 to $850,000.

3. In all other respects, the terms of the Logistics Order shall remain in full force and effect.

4. The Debtors are authorized to take such actions as are necessary to implement and effectuate the terms of this Order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
Oct 12, 2011

Brendan L. Shannon
United States Bankruptcy Judge

608411.2 10/12/11