# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Hussey Copper Corp., *et al.*,[1] ) | Case No. 11-13010 (BLS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 18, 2011 AT 12:00 P.M. BEFORE THE HONORABLE BRENDAN L. SHANNON, U.S. BANKRUPTCY JUDGE[2,3]

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

1. Motion of the Debtors for Entry of an Order Extending the Time Within Which Debtors Must File Their (I) Schedules of Assets and Liabilities; (II) Schedules of Executory Contracts and Unexpired Leases; and (III) Statements of Financial Affairs [Filed: 09/27/11; Docket No. 6]

   Response Deadline: October 11, 2011 at 4:00 p.m. The response deadline has been extended to October 14, 2011 at 10:00 a.m. for the United States Trustee ("UST") and the Official Committee of Unsecured Creditors (the "OCUC").

   Responses Received: None

   Related Documents:

   A. Notice of Motions and Hearing Date [Filed: 09/28/11; Docket No. 46]

   B. Certification of Counsel and Certification of No Objection [Filed: 10/14/11; Docket No. 121]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Hussey Copper Corp. (9993); Hussey Copper Ltd. (9994); OAP Real Estate, LLC (1298); Cougar Metals, Inc. (1674); Orbie Trading, L.P. (4969); and Hussey Exports Ltd. (8997). The Debtors' address is 100 Washington Street, Leetsdale, Pennsylvania 15056.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting Courtcall toll free by phone (866-582-6878) or by facsimile (866-533-2946) no later than NOON one business day prior to the hearing. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and matter on which participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

C. Proposed Order

Status: A Certification of Counsel and Certification of No Objection was filed on October 14, 2011. A hearing is necessary only to the extent the court has any questions or concerns.

2. Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Filed: 09/27/11; Docket No. 7]

Response Deadline: October 11, 2011 at 4:00 p.m. The response deadline has been extended to October 14, 2011 at 10:00 a.m. for the UST and the OCUC.

Responses Received: None

Related Documents:

A. Notice of Motions and Hearing Date [Filed: 09/28/11; Docket No. 46]

B. Certification of No Objection [Filed: 10/14/11; Docket No. 120]

C. Proposed Order

Status: A Certification of No Objection was filed on October 14, 2011. A hearing is necessary only to the extent the court has any questions or concerns.

## CONTESTED MATTERS GOING FORWARD:

3. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105 and 366 of the Bankruptcy Code (I) Determining that Utility Providers are Adequately Assured of Future Performance, (II) Enjoining Utility Providers From Altering, Refusing, Discontinuing or Interfering With Utility Service, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Filed: 09/27/11; Docket No. 14]

Response Deadline: October 11, 2011 at 4:00 p.m. The response deadline has been extended to October 14, 2011 at 10:00 a.m. for the UST and the OCUC.

Responses Received:

A. Objection of FirstEnergy Solutions Corp. [Filed: 10/10/11; Docket No. 95]

Related Documents:

B. Interim Order Pursuant to Sections 105 and 366 of the Bankruptcy Code (I) Determining that Utility Providers are Adequately Assured of Future Performance, (II) Enjoining Utility Providers From Altering, Refusing, Discontinuing or Interfering With Utility Service, and (III) Establishing

2

Procedures for Determining Requests for Additional Adequate Assurance [Signed and Filed: 09/28/11; Docket No. 31]

C. Notice of Entry of Interim Order and Notice of Final Hearing [Filed: 09/28/11; Docket No. 43]

Status: This matter is going forward.

4. Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post Petition Financing on an Interim Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), 364(d)(1), 364(e) and 507(b), and(V) Scheduling A Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001 [Filed: 09/27/11; Docket No. 15]

Response Deadline: October 11, 2011 at 4:00 p.m. The response deadline has been extended to October 14, 2011 at 10:00 a.m. for the UST and the OCUC.

Responses Received:

A. Response of the OCUC [Filed: 10/14/11; Docket No. 118]

Related Documents:

B. Order (I) Authorizing the Debtors to (A) Obtain Post Petition Financing on an Interim Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), 364(d)(1), 364(e) and 507(b), and(V) Scheduling A Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001 [Signed and Filed: 09/28/11; Docket No. 40]

C. Notice of Final Hearing on Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post Petition Financing on an Interim Basis and (B) Utilize Cash Collateral of Pre-Petition Secured Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), 364(d)(1), 364(e) and 507(b), and(V) Scheduling A Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001 [Filed: 09/28/11; Docket No. 45]

D. Certification of Counsel Regarding Proposed Amended Financing and Cash Collateral Order [Filed: 09/29/11; Docket No. 52]

E. Amended Order (I) Authorizing the Debtors to (A) Obtain Post Petition Financing on an Interim Basis and (B) Utilize Cash Collateral of Pre-Petition Secured

Parties on an Interim Basis, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Granting Related Relief, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(c), (d) and (e), 364(c), 364(d)(1), 364(e) and 507(b), and(V) Scheduling A Final Hearing Authorizing Financing on a Final Basis Pursuant to Bankruptcy Rule 4001 [Signed and Filed: 09/30/11; Docket No. 60]

Status: This matter is going forward.

5. Motion of the Debtors for Entry of an Order (A) Approving Bid Procedures Relating to the Sale of Substantially All of Debtors' Assets; (B) Scheduling Hearing to Consider Sale and Approving the Form and Matter of Notices; (C) Approving Expense Reimbursement Provision and Break-Up Fee, If Applicable; and (D) Granting Related Relief[Filed: 09/27/11; Docket No. 19]

Response Deadline: October 11, 2011 at 4:00 p.m. The response deadline has been extended to October 14, 2011 at 10:00 a.m. for the UST and the OCUC.

Responses Received:

A. Objection of Revere Copper Products, Inc. [Filed: 10/11/11; Docket No. 104]

B. Response of the OCUC [Filed: 10/14/11; Docket No. 119]

Related Documents:

C. Motion of the Debtors for Entry of an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets, Free and Clear of Liens, Claims, Encumbrances and Interests, (B) Approving Asset Purchase Agreement and (C) Granting Related Relief [Filed: 09/27/11; Docket No. 18]

D. Notice of Motion of the Debtors for Entry of an Order (A) Approving Bid Procedures Relating to the Sale of Substantially All of Debtors' Assets; (B) Scheduling Hearing to Consider Sale and Approving the Form and Matter of Notices; (C) Approving Expense Reimbursement Provision and Break-Up Fee, If Applicable; and (D) Granting Related Relief [Filed: 09/28/11; Docket No. 44]

Status: The UST has provided the Debtors with comments to the Bid Procedures. This matter is going forward.

Dated: October 14, 2011

SAUL EWING LLP



Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

-and-

Jeffrey C. Hampton
Adam H. Isenberg
Robyn F. Pollack
Monique A. Bair
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Facsimile: (215) 972-7725

*Proposed Counsel for Debtors
and Debtors-in-Possession*