IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Hussey Copper Corp., *et al.*[1] ) | Case No. 11-13010 (BLS) |
| ) | |
| Debtor. ) | Jointly Administered |
| ) | **Re: Docket Nos. 18, 19 and 155** |

## NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

PLEASE TAKE NOTICE that on October 21, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its Order (A) Approving Bid Procedures Relating to the Sale of Substantially All of Debtors' Assets' (B) Scheduling Hearing to Consider Sale and Approving the Form and Matter of Notices; (C) Approving Expense Reimbursement Provision; and (D) Granting Related Relief (the "Bid Procedures Order"), pursuant to which the Bankruptcy Court approved bid procedures in connection with the above-captioned debtors' (the "Debtors") motion to sell substantially all of their assets to KHC Acquisition, LLC (the "Purchaser") or the successful purchaser of the Debtors' assets at auction (the "Successful Bidder").

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion of the Debtors for Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets, Free and Clear of Liens, Claims, Encumbrances and Interests, (B) Approving Asset Purchase Agreement and (C) Granting Related Relief (the "Sale Motion") has been set for November 16, 2011 at 10:00 a.m. (prevailing Eastern time) before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Courtroom 1, Wilmington, Delaware 19801. Pursuant to the Sale Motion, the Debtors seek, *inter alia*, the approval of the Bankruptcy Court for the sale of substantially all of the Debtors' assets (the "Acquired Assets"), including the assumption and assignment of various executory contracts and unexpired leases (the "Assumed Contracts").

PLEASE TAKE FURTHER NOTICE that each of the executory contracts and unexpired leases that the Debtors may seek to assume and assign to the Successful Bidder are listed on **Exhibit "A."** Those agreements designated by the Purchaser as Assumed Contracts are identified on **Exhibit "A"** (the "Purchaser Designated Contracts").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Hussey Copper Corp. (9993); Hussey Copper Ltd. (9994); OAP Real Estate, LLC (1298); Cougar Metals, Inc. (1674); Orbie Trading, L.P. (4969); and Hussey Exports Ltd. (8997). The Debtors' address is 100 Washington Street, Leetsdale, Pennsylvania 15056.

PLEASE TAKE FURTHER NOTICE that the "Cure Amounts" included in **Exhibit "A"** hereto are the amounts that, based on the Debtors' books and records, the Debtors assert are owed to cure any defaults existing under the Assumed Contracts as of the Petition Date.[2]

PLEASE TAKE FURTHER NOTICE that (a) the Purchaser may add or remove agreements from the list of Purchaser Designated Contracts; and (b) a Successful Bidder, other than the Purchaser, may designate different agreements for assumption and assignment. Accordingly, the inclusion of any executory contract or unexpired lease on **Exhibit "A"** hereto is not, and should not be deemed to be, an agreement or acknowledgement by the Successful Bidder that such executory contract or unexpired lease is an Assumed Contract.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit "B"** is information with respect to the Purchaser's adequate assurance of future performance under any Assumed Contracts. The Debtors and the Purchaser further reserve the right to present additional information with respect to the Purchaser's adequate assurance of future performance.

PLEASE TAKE FURTHER NOTICE that if you object to the assumption and assignment of your Assumed Contract, disagree with the Cure Amounts shown for the Assumed Contracts or object to the Purchaser's ability to provide adequate assurance, you must file an objection in writing with the Bankruptcy Court on or before **4:00 p.m. (prevailing Eastern Time) on November 9, 2011,** and serve such objection so that it is actually received by the following parties as of that date: (i) proposed counsel for the Debtors, Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19899, Attn: Mark Minuti, Esq. and Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102 Attn: Jeffrey C. Hampton, Esq.; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2007, Wilmington, DE 19801, Attn: David Buchbinder, Esq.; (iii) the Debtors' investment banker, SSG Capital Advisors, LLC, Five Tower Bridge, Suite 420, 300 Bar Harbor Drive, West Conshohocken, PA 19428, Attn: J. Scott Victor; (iv) counsel to PNC Bank, National Association, as lender, issuer and agent for Debtors' pre-petition and post-petition secured lenders, Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174-0208, Attn: Lawrence F. Flick, II, Esq. and 1201 Market Street, Suite 800, Wilmington, DE 19801, Attn: Regina Stango Kelbon, Esq.; and (v) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler P.C., 65 Livingston Avenue, Roseland, NJ 07068, Attn: Sharon L. Levine, Esq. and Wojciech F. Jung, Esq. and Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801-3062, Attn: Domenic E. Pacitti, Esq. Any objection with respect to the proposed Cure Amounts must identify the specific Cure Amounts as alleged by you, as well as the specific types and dates of any alleged defaults, pecuniary losses and conditions to assumption and assignment, and the support therefor. If you timely file an objection that you are unable to consensually resolve with the Debtors, such objection will be heard by the Bankruptcy Court at the hearing on the Sale Motion.

---

[2] Your receipt of this notice does not constitute an admission by the Debtors that your agreement in fact constitutes an executory contract or unexpired lease under section 365 of the Bankruptcy Code, and the Debtors expressly reserve the right to challenge the status of any agreement up until the time of the hearing on the Sale Motion (the "Sale Hearing").

PLEASE TAKE FURTHER NOTICE that any and all objections based on the proposed Cure Amounts must be filed by the deadline set forth above, even if the Purchaser is not the Successful Bidder at Auction.

PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SALE MOTION WITHOUT FURTHER NOTICE. ANY NON-DEBTOR PARTY TO ANY ASSUMED CONTRACTS WHO DOES NOT TIMELY OBJECT TO THE CURE AMOUNTS FOR SUCH ASSUMED EXECUTORY CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE COSTS, AS WELL AS THE ADEQUATE ASSURANCE OF FUTURE PERFORMANCE PROVIDED BY THE PURCHASER.

PLEASE TAKE FURTHER NOTICE that in the event the Purchaser is not the Successful Bidder, within two (2) days after the Auction, the Debtors will file a supplemental notice (the "Supplemental Contract Notice") containing the executory contracts and unexpired leases that the Debtors seek to assume and assign to the Successful Bidder. Such notice will also contain (a) adequate assurance information with regards to the Successful Bidder and (b) the deadline for parties to object to the proposed assumption and assignment on adequate assurance grounds. Only objections based on the Successful Bidder's adequate assurance may be filed in response to the Supplemental Contract Notice, to the extent applicable.

*[remainder of page intentionally blank]*

PLEASE TAKE FURTHER NOTICE that all requests for information concerning the Bid Procedures Order or the Sale Motion should be in a writing directed to Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102, Attn: Monique Bair or mbair@saul.com.

Dated: October 28, 2011

SAUL EWING LLP

By: _____
Mark Minuti (DE Bar No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5873

- *and* -

Jeffrey C. Hampton
Adam H. Isenberg
Robyn F. Pollack
Monique A. Bair
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7777 (Telephone)
(215) 972-7725 (Fax)

*Proposed Counsel for the Debtors and Debtors in Possession*

609130.1 10/28/11