B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re Hussey Copper Corp._____,            Case No. 11-13010

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Revere Copper Products, Inc. | Quigley Crucible, R&S Co., Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Revere Copper Products, Inc.
  One Revere Park, Rome, NY 13440-5561

Court Claim # (if known): 93
Amount of Claim: $11,567.64
Date Claim Filed: 10/31/2011

Phone: (315) 338-2014
Last Four Digits of Acct #: _____

Phone: (610) 272-5450
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Charles J. Sullivan, Esq., Bond, Schoeneck & King, PLLC
One Lincoln Center, Syracuse, NY 13202
Phone: (315) 218-8000
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____        Date: 11/8/11
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER

**QUIGLEY CRUCIBLE, R&S CO., INC.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **REVERE COPPER PRODUCTS, INC.,** One Revere Park, Rome, New York 13440-5561, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of $11,567.64 as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **HUSSEY COPPER CORP.,** et al., Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), Case No. 11-13010 or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 4 day of November, 2011.

By: _____
(Signature of Authorized Party)

QUIGLEY CRUCIBLE, R&S CO., INC.
(Company Name)

_____
(Print name of Authorized Party)

By: _____

REVERE COPPER PRODUCTS, INC.
(Company Name)

(315) 338 2014
(Telephone Number)

1917205 2 11/4/2011