IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Hussey Copper Corp. *et al.*, | ) | Case No. 11-13010 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esquire certify that I caused one true and correct copy of the within Conditional Objection of United Steelworkers of Notice of Proposed Assumption and Assignment of Executory Contracts and Unexpired Leases to be sent on November 9, 2011in the manner indicated to the following:

**Via Hand Delivery**

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801

Regina Stango Kelbon, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Domenic E. Pacitti, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

David Buchbinder, Esq.
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

**Via Fax**

Jeffrey C. Hampton, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
215-972-7725

Lawrence F. Flick, II, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
215-832-5556

Sharon Levine, Esq.
Wojciech F. Jung, Esq.
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068
973-597-2400

Lauren Newman, Esq.
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
312-782-3659

**VIA E-Mail**

J. Scott Victor
SSG Capital Advisors, LLC
Five Tower Bridge, Suite 420
300 Bar Harbor Drive
West Conshohocken, PA 19428
jsvictor@ssgca.com

DATED: November 9, 2011   Cooch and Taylor, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB#3381)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(302) 984-3893 / (302) 984-3939 Fax
Skaufman@coochtaylor.com