B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: Hussey Copper Corp., et al., Jointly Administered    Case No. 11-13010

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Tannor Partners Credit Fund, LP | Robert P. Erzen & Associates |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Tannor Partners Credit Fund, LP
150 Grand Street, 4th Floor
White Plains, New York 10601
Phone: (914) 514-8300

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

Robert P. Erzen & Associates
1500 McCully Road
Monroeville, PA 15148
Phone: _____

Court Claim # (if known)    8
Amount of Claim: $7,416.42
Transferred Administrative Portion of Claim in the Amount of:    1,257.84
Date Claim Filed:    10/11/2011

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor         Date:    11/10/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

# EVIDENCE OF TRANSFER

<u>Robert P. Erzen & Associates</u> ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto <u>Tannor Partners Credit Fund, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504</u>, its successors and assigns ("Assignee"), all rights, title and interest in and to all administrative claims of Assignor in the aggregate amount of [ _1257.84_ ] ("AMOUNT") as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against <u>Hussey Copper Corp., et. al.</u>, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), <u>Case no. 11-13010</u> or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the _25_ day of _Oct_, 2011

By _/s/ Christine T Spila_
(Signature of Authorized Party)

_Erzen Associates Inc_
(Company Name)

_Christine TE Spila_
(Print name of Authorized Party)




By: _/s/ Robert J. Tannor_
    General Partner

Tannor Partners Credit Fund, LP


    914-514-8300
    (Telephone Number)