United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Hussey Copper Corp., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-13010 |
| Debtor | } Amount **$10,406.20** |

*As Set Forth On Schedule F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**DAVIS SAW COMPANY INC**
**Drawer D Ader Road**
**EXPORT, PA 15632**

The transfer of your claim as shown above in the amount of **$10,406.20** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3288841

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. _____ DANIEL A. NACKLEY, M.D. 5 MAJESTIC CIRCLE HOLIDAYSBURG, PA 16648 USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. _____ DARRELL HANNA AND ASSOCIATES PO BOX 276 DOCTORS INLET, FL 32030 USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. _____ DAS GROUP 3251-C OLD FRANKSTOWN ROAD PITTSBURGH, PA 15239 USA | | | TRADE PAYABLE | | | | $2,859.89 |
| ACCOUNT NO. _____ DATANET QUALITY SYSTEMS 24567 NORTHWESTERN HWY 4TH FLOOR SOUTHFIELD, MI 48075 USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. _____ DAVID J. HICKTON, UNITED STATES ATTORNEY WESTERN DISTRICT OF PENNSYLVANIA U.S. POST OFFICE AND COURTHOUSE 700 GRANT STREET, SUITE 4000 PITTSBURGH, PA 15219 USA | | | UNITED STATES VS. ALLEGHENY LUDLUM CORP., ET AL (CIVIL ACTION 97-1863) | X | X | X | $0.00 |
| ACCOUNT NO. _____ DAVIS SAW COMPANY INC DRAWER D  ADER ROAD EXPORT, PA 15632 USA | | | TRADE PAYABLE | | | | $10,406.20 |

## TRANSFER NOTICE

DAVIS SAW COMPANY INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Hussey Copper Corp. ("Debtor"), in the aggregate amount of $10,406.20 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No. 11-13010.

IN WITNESS WHEREOF, Assignor has signed below as of the ____ day of ____, 2011.

DAVIS SAW COMPANY INC                         Liquidity Solutions, Inc.

By: X _____              _____
      (Signature)                               (Signature)

Gene Leski, President                         Michael Handler
(Print Name and Title)                        (Print Name and Title)