United States Bankruptcy Court
For the District Of Delaware

| Hussey Copper Corp., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-13010 |
| Debtor | } Amount $ 257.11 |

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

ECONOMY PLUMBING & HEATING CO
407 STATE ST.
BADEN, PA 15005

The transfer of your claim as shown above in the amount of **$ 257.11** has been transferred to:

   Liquidity Solutions Inc
   One University Plaza
   Suite 312
   Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

        By/s/Michael Handler
        Liquidity Solutions Inc
        (201) 968-0001

3288909

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>_____<br>EBBCO INC.<br>PO BOX 729<br>51536 INDUSTRIAL DRIVE<br>NEW BALTIMORE, MI 48047<br>USA | | | TRADE PAYABLE | | | | $295.00 |
| ACCOUNT NO.<br>_____<br>EBNER FURNACES INC<br>224 QUADRAL DRIVE<br>WADSWORTH, OH 44281<br>USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO.<br>_____<br>ECMC<br>LOCKBOX #7906<br>PO BOX 75848<br>ST PAUL, MN 55175-0848<br>USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO.<br>_____<br>ECONOMY ELECTRIC SUPPLY COMPAN<br>817 MERCHANT STREET<br>AMBRIDGE, PA 15003<br>USA | | | TRADE PAYABLE | | | | $14,243.07 |
| ACCOUNT NO.<br>_____<br>ECONOMY ELECTRIC SUPPLY COMPAN<br>817 MERCHANT STREET<br>AMBRIDGE, PA 15003<br>USA | | | TRADE PAYABLE | | | | $188.33 |
| ACCOUNT NO.<br>_____<br>==ECONOMY PLUMBING & HEATING CO==<br>==407 STATE ST.==<br>==BADEN, PA 15005==<br>==USA== | | | TRADE PAYABLE | | | | ==$257.11== |
| ACCOUNT NO.<br>_____<br>ECONOMY TOOLING CORP. OF PA<br>1703 RIDGE ROAD EXT.<br>AMBRIDGE, PA 15003<br>USA | | | TRADE PAYABLE | | | | $242.50 |

Schedule F Page 58      Page Subtotals: $15,226.01

## TRANSFER NOTICE

Economy Plumbing & Heating Co ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Hussey Copper Corp., et al.** (the "Debtor"), in the aggregate amount of $257.11, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 11-13010.

IN WITNESS WHEREOF, Assignor has signed below as of the 10 day of 12, 2011

Economy Plumbing & Heating Co

[signature]
(Signature)

MARK LINDAUERE SEC/TRES
(Print Name and Title)

[signature]
Liquidity Solutions, Inc.
Michael Handler

Hussey Copper Corp., et al.
Economy Plumbing & Heating Co

3288909