United States Bankruptcy Court
For the District Of Delaware

| Hussey Copper Corp., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-13010 |
| Debtor | } Amount $ 238.70 |

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**HYLAND FILTER SERVICE**
**610 LOCUST LANE**
**LOUISVILLE, KY 40217**

The transfer of your claim as shown above in the amount of **$ 238.70** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Michael Handler
Liquidity Solutions Inc
(201) 968-0001

3289156

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. _____ HYDROTECH INC. 10052 COMMERCE PARK DRIVE CINCINATTI, OH 45246 USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. _____ HYLAND FILTER SERVICE 610 LOCUST LANE LOUISVILLE, KY 40217 USA | | | TRADE PAYABLE | | | | $238.70 |
| ACCOUNT NO. _____ IBC ADVANCED ALLOYS NONFERROUS DIVISION 401 ARVIN ROAD FRANKLIN, IN 46131 USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. _____ ICC INDUSTRIAL COMMUTATOR CO 30 ALLIANCE BLVD BARRIE, ONTARIO L4M 5K3 CANADA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. _____ ICON CAPITAL GROUP C/O CHAPMAN AND CUTLER LLP 300 MADISON AVE 34TH FLOOR NEW YORK, NY 10017-5010 USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. _____ IHRA ATTN: ACCOUNTS RECEIVABLE 9 1/2 MAIN STREET NORWALK, OH 44857 USA | | | TRADE PAYABLE | X | X | X | $0.00 |

**TRANSFER NOTICE**

Hyland Filter Service ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Hussey Copper Corp., et al.** (the "Debtor"), in the aggregate amount of $238.70, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 11-13010.

IN WITNESS WHEREOF, Assignor has signed below as of the 11th day of October, 2011

Hyland Filter Service

[signature]
(Signature)

Mark Hyland - President
(Print Name and Title)

[signature]
Liquidity Solutions, Inc.
Michael Handler

Hussey Copper Corp., et al.
Hyland Filter Service

3289156