United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Hussey Copper Corp., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-13010 |
| Debtor | } Amount $ 570.00 |

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**LEON PENICK**
**6318 MAYPEN ROAD**
**LOUISVILLE, KY 40228**

The transfer of your claim as shown above in the amount of **$ 570.00** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Michael Handler
Liquidity Solutions Inc
(201) 968-0001

3289341

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LEFEVRE'S CUSTOM CATERING SERVICES <br> 411 FREEPORT STREET <br> SAXONBURG, PA 16056 <br> USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. <br> LEGION SAFETY <br> 608 SOUTH WHEELING ROAD <br> WHEELING, IL 60090 <br> USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. <br> LEHIGH SAFETY SHOE COMPANY <br> PO BOX 644755 <br> PITTSBURGH, PA 15264-4755 <br> USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. <br> LEON PENICK <br> 6318 MAYPEN ROAD <br> LOUISVILLE, KY 40228 <br> USA | | | TRADE PAYABLE | | | | $570.00 |
| ACCOUNT NO. <br> LEWIS-GOETZ & COMPANY, INC. <br> BOX 895 <br> PITTSBURGH, PA 15230 <br> USA | | | TRADE PAYABLE | | | | $1,427.88 |
| ACCOUNT NO. <br> LEZZER LUMBER & BUILDING <br> 777 E BUTLER ROAD <br> BUTLER, PA 16001 <br> USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. <br> LG&E <br> PO BOX 538612 <br> ATLANTA, GA 30353-7108 <br> USA | | | TRADE PAYABLE | | | | $174.56 |

Schedule F Page 107     Page Subtotals: $2,172.44

## TRANSFER NOTICE

Leon Penick ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Hussey Copper Corp., et al.** (the "Debtor"), in the aggregate amount of $ 576.96 representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 11-13010.

IN WITNESS WHEREOF, Assignor has signed below as of the 20 day of October 2011

Leon Penick

Leon Penick
(Signature)

Leon Penick Clerk
(Print Name and Title)

Michael Handler
Liquidity Solutions, Inc.

Hussey Copper Corp., et al.
Leon Penick

3289341