United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Hussey Copper Corp., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-13010 |
| Debtor | } Amount **$2,738.00** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**APPLE OCCUP. HEALTH SERVICES**
**ELLPORT INDUSTRIAL COMPLEX**
**510 JAMISON AVENUE**
**ELLWOOD CITY, PA 16117**

The transfer of your claim as shown above in the amount of **$2,738.00** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

3288493

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMO INDUSTRIES INC<br>1808 WEST CARSON STREET<br>PITTSBURGH, PA 15219<br>USA | | | TRADE PAYABLE | | | | $2,655.00 |
| ACCOUNT NO.<br><br>ANDERSON EQUIPMENT COMPANY<br>1000 WASHINGTON PIKE<br>BRIDGEVILLE, PA 15017<br>USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO.<br><br>ANDERSON FOREST PRODUCTS INC.<br>PO BOX 520<br>TOMPKINSVILLE, KY 42167<br>USA | | | TRADE PAYABLE | | | | $1,510.00 |
| ACCOUNT NO.<br><br>ANIXTER FASTENERS<br>PITTSBURGH SERVICE CENTER<br>10 PARKWAY VIEW DRIVE<br>PITTSBURGH, PA 15205<br>USA | | | TRADE PAYABLE | | | | $2,818.19 |
| ACCOUNT NO.<br><br>ANTHRACITE INDUSTRIES INC<br>PO BOX 112<br>SUNBURY, PA 17801-0112<br>USA | | | TRADE PAYABLE | | | | $1,601.60 |
| ACCOUNT NO.<br><br>APPLE OCCUP. HEALTH SERVICES<br>ELLPORT INDUSTRIAL COMPLEX<br>510 JAMISON AVENUE<br>ELLWOOD CITY, PA 16117<br>USA | | | TRADE PAYABLE | | | | $2,738.00 |
| ACCOUNT NO.<br><br>APPLETON MANUFACTURING<br>PO BOX 618<br>NEENAH, WI 54957<br>USA | | | TRADE PAYABLE | | | | $1,981.14 |

Schedule F Page 13          Page Subtotals: $13,303.93

**TRANSFER NOTICE**

Apple Occup. Health Services ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Hussey Copper Corp., et al.** (the "Debtor"), in the aggregate amount of $ 2,739 , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 11-13010.

IN WITNESS WHEREOF, Assignor has signed below as of the 12 day of October, 2011

Apple Occup. Health Services

_____
(Signature)

Deffray Krivan - COO
(Print Name and Title)

_____
Liquidity Solutions, Inc.
Michael Handler

Hussey Copper Corp., et al.
Apple Occup. Health Services


3288493