United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Hussey Copper Corp., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-13010 |
| Debtor | } Amount **$10,775.43** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CRANE 1 SERVICES**
**404 PRODUCTION COURT**
**LOUISVILLE, KY 40299**

The transfer of your claim as shown above in the amount of **$10,775.43** has been transferred to:

       Liquidity Solutions Inc
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

       By/s/Michael Handler
       Liquidity Solutions Inc
       (201) 968-0001

514221

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>_____<br>CRACO INDUSTRIAL CRYOGENICS<br>21890 PENNA. AVE. WEST EXT.<br>WARREN, PA 16365<br>USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO.<br>_____<br>CRAIG'S DO IT CENTER<br>1691 HIGHWAY 227<br>PO BOX 388<br>CARROLLTON, KY 41008<br>USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO.<br>_____<br>CRANE 1 SERVICES<br>404 PRODUCTION COURT<br>LOUISVILLE, KY 40299<br>USA | | | TRADE PAYABLE | | | | $10,775.43 |
| ACCOUNT NO.<br>_____<br>CRANE AMERICA SERVICES<br>PITTSBURGH DIVISION<br>2000 MONTOUR W. INDUS. PK<br>CORAOPOLIS, PA 15108<br>USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO.<br>_____<br>CRANE INSTITUTE OF AMERICA INC<br>3880 ST. JOHNS PARKWAY<br>SANFORD, FL 32771<br>USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO.<br>_____<br>CRANE PRO SERVICES<br>1807 CARGO COURT<br>SUITE 3<br>LOUISVILLE, KY 40299<br>USA | | | TRADE PAYABLE | | | | $300.00 |
| ACCOUNT NO.<br>_____<br>CREATIVE SAFETY PRODUCTS<br>559 TRUMBULL DRIVE<br>PITTSBURGH, PA 15205<br>USA | | | TRADE PAYABLE | X | X | X | $0.00 |

Schedule F Page 47      Page Subtotals: $11,075.43

## TRANSFER NOTICE

CRANE 1 SERVICES ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Hussey Copper Corp. ("Debtor"), in the aggregate amount of $10,775.43 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No. 11-13010.

IN WITNESS WHEREOF, Assignor has signed below as of the 10th day of NOV, 2011.

CRANE 1 SERVICES                                    Liquidity Solutions, Inc.

By: _____                         _____
(Signature)                                          (Signature)

Steve Morse - VP Finance & Treasurer.               Michael Handler
(Print Name and Title)                              (Print Name and Title)