United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| Hussey Copper Corp., et al. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 11-13010 |
| Debtor | } Amount $ 249.95 |

AS SET FORTH ON SCHEDULE F

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**INDICATOR REPAIR SERVICE**
**8025 LAWRENCE ROAD**
**BETHEL PARK, PA 15102**

The transfer of your claim as shown above in the amount of **$ 249.95** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

<div style="text-align: right;">

By/s/Michael Handler
Liquidity Solutions Inc
(201) 968-0001

</div>

<div style="text-align: right;">3289167</div>

In re: HUSSEY COPPER LTD  Case No: 11-13012 (BLS)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> INDIANA STATE CENTRAL COLLECTION UNIT <br> P.O. BOX 6219 <br> INDIANAPOLIS, IN 46206-6219 <br> USA | | | TRADE PAYABLE | X | X | X | $0.00 |
| ACCOUNT NO. <br> INDICATOR REPAIR SERVICE <br> 8025 LAWRENCE ROAD <br> BETHEL PARK, PA 15102 <br> USA | | | TRADE PAYABLE | | | | $249.95 |
| ACCOUNT NO. <br> INDUCTOTHERM CORPORATION <br> 10 INDEL AVENUE <br> PO BOX 157 <br> RANCOCAS, NJ 08073-0157 <br> USA | | | TRADE PAYABLE | | | | $858.18 |
| ACCOUNT NO. <br> INDUSTRIAL BRAKE COMPANY <br> 300 CLAY AVE <br> PO BOX 670 <br> MARS, PA 16046 <br> USA | | | TRADE PAYABLE | | | | $760.00 |
| ACCOUNT NO. <br> INDUSTRIAL CARBIDE SAW & TOOL <br> PO BOX 35278 <br> LOUISVILLE, KY 40232 <br> USA | | | TRADE PAYABLE | | | | $10,599.25 |
| ACCOUNT NO. <br> INDUSTRIAL CONTROL SOLUTIONS <br> ALEX ZALMANOFF <br> 9825 BLUEGRASS PARKWAY <br> LOUISVILLE, KY 40299 <br> USA | | | TRADE PAYABLE | X | X | X | $0.00 |

Schedule F Page 89  Page Subtotals: $12,467.38

# TRANSFER NOTICE

Indicator Repair Service ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Hussey Copper Corp., et al.** (the "Debtor"), in the aggregate amount of $249.95, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of Delaware, administered as Case No. 11-13010.

IN WITNESS WHEREOF, Assignor has signed below as of the 17th day of Oct., 2011

Indicator Repair Service

Harold F. Kayser

(Signature)

HAROLD F. KAYSER - PRES.

(Print Name and Title)

Liquidity Solutions, Inc.

Michael Handler

Hussey Copper Corp., et al.
Indicator Repair Service

3289167